BLECHER & COLLINS, P.C.
JAMES ROBERT NOBLIN (State Bar No. 114442)
E-mail: rnoblin@blechercollins.com
515 S. Figueroa St., Suite 1750
Los Angeles, California 90071
Telephone:  (213) 622-4222
Facsimile:   (213) 622-1656

Attorneys for Plaintiffs

FILED
2009 FEB -6  PM 1:57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FUN WITH PHONICS, LLC, a Delaware limited liability, <br><br> Plaintiff, <br><br> vs. <br><br> LEAPFROG, Inc., a Delaware corporation, <br><br> Defendant. | CASE NO. CV09-0916 CT <br><br> COMPLAINT FOR DAMAGES AND PERMANENT INJUNCTION FOR COPYRIGHT INFRINGEMENT <br><br> DEMAND FOR JURY TRIAL |

BLECHER & COLLINS
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

Plaintiff Fun With Phonics, LLC, hereby alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and a permanent injunction under the Copyright Law of the United States, as amended (17 U.S.C. §101, et seq.). This court has subject matter jurisdiction pursuant to 17 U.S.C. §§501 through 505, and pursuant to 28 U.S.C. §§1331 and 1338.

2. Venue is proper in this judicial district under 28 U.S.C. §§1391(b) and 1400(a) because defendant has committed acts of infringement here by regularly marketing and selling within this judicial district, in the ordinary course of its business, various instructional materials – including flash cards, computer programs, videotapes, and games – infringing plaintiff's copyrights, as further alleged below.

## PARTIES

3. Plaintiff Fun With Phonics, LLC, ("FWP") is a Delaware corporation with its principal place of business within the district at 6421 Alondra Boulevard, Paramount, California. FWP is in the business of creating, marketing and selling, both within this judicial district and elsewhere, various instructional materials – including flash cards, alphabet cards, activity books, audiotapes, CD-ROMs, computer programs, and games – to assist children learning to read the English language.

4. Defendant Leapfrog, Inc. ("Leapfrog") is a Delaware corporation with its principal place of business currently in Emeryville, California. Leapfrog is in the business of marketing and selling, both within this judicial district and elsewhere, various instructional materials – including DVDs, videocassettes, activity books, and games – to assist children learning to read the English language.

///

## CLAIM FOR RELIEF FOR
## COPYRIGHT INFRINGEMENT

5. Up to and during the 1990s, William O'Connor created various materials to assist students in learning to read the English language by phonetic methods of instruction. Mr. O'Connor conceived the approach of anthropomorphizing the letters of the alphabet so that each letter would assume a certain character and engage in activities that children would associate with the sounds the letter makes in English. In particular, Mr. O'Connor created whimsical characters whose unusual and extreme attributes held a natural appeal for children. For example, Mr. O'Connor drew the letter "I" with sickly green liquid dripping from it and gave it the character of "Icky I." This characterization helped students remember that the letter "I" makes the short vowel sound with which the word "icky" begins. For another example, he drew the letter "N" with hands sticking out of the side of the letter and gave it the character of "Naughty N," which teased the other letters by making a "na, na, na" sound. This characterization helped students remember that letter "N" makes the consonant sound with which the teasing word "na" begins. For another example, he drew the letter "T" as a uniformed band member tapping on a drum and gave it the character of "Tapping T." This characterization helped students remember that letter "T" makes the consonant sound with which the word "tap" begins. For a last example, he drew the letter "V" with wavy lines and gave it the character "Vibrating V." This characterization helped students remember that the letter "V" begins with the same consonant sound as the word "vibrate."

6. Mr. O'Connor used and adapted these characters in various media, including flash cards, audiotapes, and CD-Roms. He marketed and sold them in this judicial district and elsewhere. Over the years, parents and teachers purchased these products and used them to teach children how to read. Many have praised these materials and stated that they enabled children to learn how to read who had

been having great difficulty accomplishing that goal previously.

7. In particular, Mr O'Connor created 26 alphabet flash cards, drawing the letters and their characters on one side of the card and explanatory text on the other. He also recorded an audiotape of his own voice naming the character letters and making their sounds. These products were sold together with other items in a box set. The date on which they were first published was April 11, 1997. Those materials were wholly original with Mr. O'Connor (excluding some public domain music included on the audiotape) and copyrightable subject matter under the laws of the United States.

8. Mr. O'Connor's interest in the copyright and other property rights in the materials specified in the previous paragraph were transferred to FWP, which is the owner thereof. On January 28, 2009, FWP filed a complete and proper application with the United States Copyright Office, along with the required fee and deposit of materials.

9. Mr O'Connor also created a CD-ROM presenting the anthropomorphized alphabet characters and their sounds in a format that teachers and students could use for reading instruction with the aid of a computer. These CD-ROMs were marketed and sold beginning on the date of first publication: September 22, 2000. Previous versions of the material on the CD-ROM were offered for use to individuals earlier during the year 2000. The materials in the CD-ROM with respect to the images and sounds appearing on the computer screen were wholly original with Mr. O'Connor, although the computer programming code was provided by another individual. Accordingly, the images and sounds contained in the CD-ROM which would appear on computer screens were copyrightable subject matter under the laws of the United States.

10. Mr. O'Connor's interest in the copyright and other property rights in CD-ROM specified in the previous paragraph were transferred to FWP, which is the owner thereof. On January 28, 2009, FWP filed a complete and proper

1  application with the United States Copyright Office, along with the required fee
2  and deposit of the CD-ROMs.
3      11.    In or before 2003, Leapfrog began marketing phonetic instructional
4  materials infringing upon FWP's copyrighted materials and has continued to do so
5  through the present day. Leapfrog's materials presented anthropomorphized
6  letters with visual representations giving each letter a character connected with the
7  phonetic sounds associated with that letter. As a specific example, beginning in
8  2003 through the present, Leapfrog has released, marketed and sold a DVD and
9  videocassette entitled "Letter Factory" containing such anthropomorphized letters.
10 Leapfrog copied visual and sound aspects of some of the anthropomorphized
11 letters from FWP's copyrighted materials.
12     12.    Attached hereto as Exhibit A are comparisons of four of the letters on
13 the face pages of FWP's copyrighted alphabet flash cards and the corresponding
14 letters in materials sold by Leapfrog. These comparisons demonstrate the
15 unmistakable similarities between FWP's copyrighted materials and what
16 Leapfrog later produced. These comparisons are merely examples. Others further
17 establish that Leapfrog copied FWP's works.
18     13.    As can be seen in Exhibit A, Leapfrog copied the "Icky I" character
19 from FWP's works, down to the sickly green liquid dripping from the letter. As
20 one parent said on a website reviewing Leapfrog's products, their child "loves to
21 trace the letters, especially the letter "I" because it's "i, i, i, icky…[1]" Leapfrog
22 copied the "Naughty N," modifying it into a "Crabby N" that says "no" instead of
23 "na." Leapfrog copied the "Tapping T" character from FWP's works, modifying it
24 into "Toe Tapping T" that tap its toes rather than a drum. Leapfrog copied
25 the "Vibrating V" character from FWP's works, down to the wavy outline.
26     14.    At no time has Mr. O'Connor or FWP authorized Leapfrog to
27 _____
28  [1] http://www.epinions.com/review/LeapFrog_Toys_LeapPad_Plus_Writing_System_Pre_K_Reading_and_Writing/content_188273102468

- 5 -

1 reproduce, adapt, distribute, or copy its materials.

15. Leapfrog has been engaging in extensive, systematic, and continuous acts of copyright infringement by reproducing, distributing, displaying, marketing, and selling materials copied from FWP's copyrighted works. The precise date, number and medium of each of Leapfrog's infringements are presently unknown to FWP, absent further discovery in this matter.

16. As a direct and proximate result of its wrongful conduct, Leapfrog has realized and continues to realize profits and other benefits rightfully belonging to FWP. Accordingly, FWP seeks an award of damages pursuant to 17 U.S.C. §§504 and 505 in an amount subject to proof at trial or other appropriate proceeding.

17. Leapfrog's infringing conduct and threatened infringement has also caused and is causing substantial injury, loss and damage to FWP's ownership rights in the copyrighted works for which FWP has no remedy fully adequate at law. Consequently, FWP is entitled to a permanent injunction restraining Leapfrog, its officers, directors, agents, employees, representatives and all persons acting in concert with any of them from engaging in further acts of copyright infringement.

## PRAYER FOR RELIEF

WHEREFORE, FWP respectfully requests the following relief:

1. That Leapfrog its officers, directors, agents, employees, representatives and all persons acting in concert with any of them be permanently enjoined from directly or indirectly infringing the copyrights of FWP in any manner, and from duplicating, causing to be duplicated or aiding, contributing to or participating in the unauthorized duplication of each such copyrighted work;

2. That Leapfrog be required to pay to FWP such damages and profits as provided by 17 U.S.C. §504 for each separate infringement of FWP's copyrights, or for such other amounts as may be proper pursuant to 17 U.S.C. §504;

- 6 -

3. That Leapfrog be required to account for all gains, profits, and advantages derived by its acts of infringement;

4. For reasonable attorneys' fees and costs;

5. For such other and further relief as the Court deems just and proper.

Dated: February 6, 2009

BLECHER & COLLINS, P.C.
JAMES ROBERT NOBLIN

By: *[signature]*
JAMES ROBERT NOBLIN
Attorneys for Plaintiff
Fun with Phonics, LLC

38055.1

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided for in Rule 38, Fed. R. Civ. P. and pursuant to Rule 38-1 of the Local Rules of the U.S. District Court for the Central District of California.

Dated: February 6, 2009        BLECHER & COLLINS, P.C.
JAMES ROBERT NOBLIN

By: /s/ James Robert Noblin
JAMES ROBERT NOBLIN
Attorneys for Plaintiff
Fun with Phonics, LLC

# EXHIBIT A

Case 2:09-cv-00916-GHK-VBK    Document 1    Filed 02/06/2009    Page 9 of 13



**Fun With Phonics**



**Leapfrog**



Fun With Phonics



Leapfrog



**Fun With Phonics**



**Leapfrog**



**Fun With Phonics**



**Leapfrog**